VICTOR SHERMAN, ESQ. (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
A Professional Law Corporation
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Tel: (424) 371-5930
Fax: (310) 392-9029

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                               PLAINTIFF<br>v.<br><br>JESSIE DEBORA<br><br><br><br>                               DEFENDANT. | CASE NUMBER<br><br>CR 20-00151-ODW<br><br><br>APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION<br>(18 U.S.C. §3142) AND REQUEST FOR HEARING |
|---|---|

Application is made by ☐ plaintiff ☑ defendant Jessie Debora
that a hearing be held to review /reconsider the decision of

☑ United States District Judge John E. McDermott ____ by order dated: 3/02/2020

☐ Magistrate Judge _____ by order dated: _____

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Jessie Debora is severely asthmatic, requires breathing treatment when sick, and is thus susceptible to corona-virus. See attached medical records. Jessie's grandparents, Julian and Bertha Debora, are each willing to sign for a $50k surety bond. Jessie's sister, Kassandra Suarez, is willing to sign for $20k. Jessie's trial, is now scheduled for 9/15/20, which would result in 7 months of pretrial detention if Jessie is not released on bail. See attached Order of Court. Jessie has gainful employment upon release. See attached letter.

Relief sought (be specific):
$120,000.00 personal security bond signed by defendant and with Affidavits of Surety (No Justification) signed by grandparents (50,000.00 each) and $20,000 signed by sister.

Counsel for the defendant and plaintiff United States Government consulted on 4/24/2020
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 4/24/2020 _____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

4/24/2020                                               Victor Sherman
Date                                                    Moving Party