# Jessie Debora

Continuity of Care Document, generated on Apr. 16, 2020

## Patient Demographics - Male; born Mar. 28, 1993

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 15801 FALLEN LEAF RD LA PUENTE, CA 91744-4566 | 562-568-6838 (Home) 562-568-6838 (Mobile) 562-568-6838 Km.debora@icloud.com | English - Spoken (Preferred) English - Written (Preferred) | Unknown / Unknown | Single/Never Married |

## Note from Kaiser Permanente Southern California

This document contains information that was shared with Jessie Debora. It may not contain the entire record from Kaiser Permanente Southern California.

## Encounters - from 09/01/2019 to 04/16/2020

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 01/29/2020 | Office Visit | Family Practice | Gallegos, Valerie Merry (M.D.), M.D. |
| 12/12/2019 | Office Visit | Family Practice | Liu, Sandy Cheerou (P.A.), P.A. |
| 09/05/2019 | Office Visit | Family Practice | Goharbin, Amir (M.D.), M.D. |
| 09/04/2019 | Office Visit | Urgent Care | Aguiluz Dubon, Allan Mauricio (M.D.), M.D. |

## Allergies - from 09/01/2019 to 04/16/2020

No Known Allergies

## Social History - from 09/01/2019 to 04/16/2020

### Smoking Status as of 01/29/2020

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Never Smoker | | | | |
| Smokeless Tobacco: Never Used | | | | |

### Smoking Status as of 09/04/2019

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Never Smoker | | | | |
| Smokeless Tobacco: Never Used | | | | |

### Alcohol Use as of 01/29/2020

| Alcohol Use | Drinks/Week | oz/Week |
|---|---|---|
| Yes | 3 Shots of liquor | 1.8 |

### Substance Use as of 01/29/2020

| Substance Use | Types | Use/Week |
|---|---|---|
| Yes | Cannabis - Smoke | 2 |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| Job Start Date | Occupation | Industry |
|---|---|---|
| Not on file | Not on file | Not on file |

| Travel History | Travel Start | Travel End |
|---|---|---|
| No recent travel history available. | | |

## Last Filed Vital Signs - from 09/01/2019 to 04/16/2020

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 132/79 | 01/29/2020 2:20 PM PST | |
| Pulse | 95 | 01/29/2020 2:20 PM PST | |
| Temperature | 37.3 °C (99.2 °F) | 01/29/2020 2:20 PM PST | |
| Respiratory Rate | - | - | |
| Oxygen Saturation | 95% | 01/29/2020 2:20 PM PST | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | 112.9 kg (248 lb 14.4 oz) | 01/29/2020 2:20 PM PST | |
| Height | 170.2 cm (5' 7") | 01/29/2020 2:20 PM PST | |
| Body Mass Index | 38.98 | 01/29/2020 2:20 PM PST | |

## Plan of Treatment - from 09/01/2019 to 04/16/2020
Not on file

## Results - from 09/01/2019 to 04/16/2020
Not on file

## Visit Diagnoses - from 09/01/2019 to 04/16/2020

| Diagnosis | Start Date |
|---|---|
| VACCINATION FOR INFLUENZA | 9/4/2019 |
| BRONCHITIS | 9/4/2019 |
| RIGHT OTITIS MEDIA | 12/12/2019 |
| VACCINATION FOR DIPHTHERIA, TETANUS AND ACELLULAR PERTUSSIS (DTAP) | 12/12/2019 |
| UPPER RESPIRATORY TRACT INFECTION (URI) | 1/29/2020 |

# Jessie Debora
Summary of Care, generated on Apr. 16, 2020

## Patient Demographics - Male; born Mar. 28, 1993

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 15801 FALLEN LEAF RD LA PUENTE, CA 91744-4566 | 562-568-6838 (Home) 562-568-6838 (Mobile) 562-568-6838 Km.debora@icloud.com | English - Spoken (Preferred) English - Written (Preferred) | Unknown / Unknown | Single/Never Married |

## Note from Kaiser Permanente Southern California
This document contains information that was shared with Jessie Debora. It may not contain the entire record from Kaiser Permanente Southern California.

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 09/04/2019 | Office Visit | URGENT CARE 1011 BALDWIN PARK BLVD BALDWIN PARK, CA 91706-5806 833-574-2273 | **Aguiluz Dubon, Allan Mauricio (M.D.), M.D.** 1550 TOWN CENTER DR MONTEBELLO, CA 90640-2173 |

## Allergies - documented as of this encounter (statuses as of 04/16/2020)
No Known Allergies

## Medications - documented as of this encounter (statuses as of 04/16/2020)

| Medication | Sig | Dispensed | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Albuterol (PROVENTIL/VENTOLIN) 2.5 mg /3 mL (0.083 %) Inhl Neb Soln | Use 1 vial via nebulizer every 4 hours as needed for shortness of breath or wheezing | 75 | 09/04/2019 | 01/29/2020 | Discontinued |
| Codeine-guaiFENesin (GUAIFENESIN AC) 10-100 mg/5 mL Oral Liqd | 1 TSP (5 ML) PO Q6H PRN COUGH | 118 | 09/04/2019 | 09/04/2019 | Discontinued (Duplicate Therapy) |
| Azithromycin (ZITHROMAX) 250 mg Oral Tab | Take 2 tablets by mouth on Day 1, then 1 tablet daily on Days 2 through 5 | 6 | 09/04/2019 | 10/04/2019 | Expired |
| Ibuprofen (MOTRIN) 600 mg Oral Tab | Take 1 tablet by mouth every 8 hours as needed for pain. Take with food | 30 | 09/04/2019 | 12/12/2019 | Discontinued |

### Hospital, Clinic, or Other Facility Administered Medication

| Medication | Ordered Dose | Route | Frequency | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| Albuterol 2.5 mg /3 mL (0.083 %) Neb Soln 2.5 mg (PROVENTIL/VENTOLIN) | 2.5 mg | NEBULIZATION | ONE TIME | 09/04/2019 | 09/04/2019 | Ended |

## Active Problems - documented as of this encounter (statuses as of 04/16/2020)
No known active problems

## Ordered Prescriptions - documented in this encounter

| Prescription | Sig | Dispensed | Start Date | End Date |
|---|---|---|---|---|
| Ibuprofen (MOTRIN) 600 mg Oral Tab | Take 1 tablet by mouth every 8 hours as needed for pain . Take with food | 30 | 09/04/2019 | 12/12/2019 |
| Azithromycin (ZITHROMAX) 250 mg Oral Tab | Take 2 tablets by mouth on Day 1, then 1 tablet daily on Days 2 through 5 | 6 | 09/04/2019 | 10/04/2019 |
| Codeine-guaiFENesin (GUAIFENESIN AC) 10-100 mg/5 mL Oral Liqd | 1 TSP (5 ML) PO Q6H PRN COUGH | 118 | 09/04/2019 | 09/04/2019 |
| Albuterol (PROVENTIL/VENTOLIN) 2.5 mg /3 mL (0.083 %) Inhl Neb Soln | Use 1 vial via nebulizer every 4 hours as needed for shortness of breath or wheezing | 75 | 09/04/2019 | 01/29/2020 |

## Progress Notes - documented in this encounter

Aguiluz Dubon, Allan Mauricio (M.D.), M.D. - 09/04/2019 7:56 PM PDT
Formatting of this note might be different from the original.
SUBJECTIVE: Jessie Debora is a 26 year old male
Chief Complaint
Patient presents with
• COUGH
headache x 1 day

Other complaints:
Complains of sore throat, low grade fever, non productive cough, wheezing, chest pain when coughing, shortness of breath and achiness for 1 days.

Patient denies a history of chills, nausea, shortness of breath, vomiting, wheezing.

Not taking any medications.

ACTIVE PROBLEM LIST:
Negative Past Medical History

ALLERGIES: Patient has no known allergies.

CURRENT MEDICATIONS:
Outpatient Medications Marked as Taking for the 9/4/19 encounter (Office Visit) with Aguiluz Dubon, Allan Mauricio (M.D.), M.D.
Medication Sig
• Albuterol (PROVENTIL/VENTOLIN) 2.5 mg /3 mL (0.083 %) Inhl Neb Soln Use 1 vial via nebulizer every 4 hours as needed for shortness of breath or wheezing
• Azithromycin (ZITHROMAX) 250 mg Oral Tab Take 2 tablets by mouth on Day 1, then 1 tablet daily on Days 2 through 5
• Ibuprofen (MOTRIN) 600 mg Oral Tab Take 1 tablet by mouth every 8 hours as needed for pain . Take with food

REVIEW OF SYSTEMS:
Constitutional: Negative for chills and malaise/fatigue..
Cardiovascular: Negative for chest pain, palpitations
Respiratory: + shortness of breath, + wheezing.  + cough.
Gastrointestinal: Negative for nausea, vomiting
Skin: Negative for pruritus, rash.
Neurological: Negative for dizziness, headaches

OBJECTIVE:
BP 134/85 | Pulse 95 | Temp 99.9 °F (37.7 °C) (Oral) | Wt 220 lb (99.8 kg) | SpO2 96%

Physical Exam:
Constitutional: Oriented to person, place, and time. Patient appears well-developed and well-nourished. No acute distress.
HEENT:  no congestion of nasal turbinates. Oropharynx:+ erythema, No tonsillar hypertrophy. Tympanic membrane clear, intact.
Neck: Normal range of motion. Neck supple. No Lymphadenopathy.
Cardiovascular: Normal rate, regular rhythm.  Exam reveals no murmurs
Pulmonary/Chest: Effort normal. Breath sounds normal. No rales. Scattered rhonchi. + bilateral wheezing.
Skin: Skin is warm and dry. No rashes.

Nursing note and vitals reviewed.

ASSESSMENT and PLAN:
Jessie Debora is a 26 year old male with:

DIAGNOSES:
BRONCHITIS (primary encounter diagnosis)
VACCINATION FOR INFLUENZA

Bronchitis: Take medications as directed. Recheck for fever >101, Shortness of breath, or if symptoms worsen.

ORDERS:
Orders Placed This Encounter
• VACC INFLUENZA 6 MOS-ADULT, QUADRIVALENT, PRES FREE, 0.5 ML IM
FLUARIX PF Quadrivalent 6 mo+, 0.5 mL intramuscular (IM).
• Albuterol 2.5 mg /3 mL (0.083 %) Neb Soln 2.5 mg (PROVENTIL/VENTOLIN)
• Albuterol (PROVENTIL/VENTOLIN) 2.5 mg /3 mL (0.083 %) Inhl Neb Soln
Sig: Use 1 vial via nebulizer every 4 hours as needed for shortness of breath or wheezing
Dispense: 75
Refill: 0
Order Specific Question: Is this medication for a workers' compensation condition?
Answer: No
• Azithromycin (ZITHROMAX) 250 mg Oral Tab
Sig: Take 2 tablets by mouth on Day 1, then 1 tablet daily on Days 2 through 5
Dispense: 6
Refill: 0
Order Specific Question: Is this medication for a workers' compensation condition?
Answer: No
• Ibuprofen (MOTRIN) 600 mg Oral Tab
Sig: Take 1 tablet by mouth every 8 hours as needed for pain . Take with food
Dispense: 30
Refill: 0
Order Specific Question: Is this medication for a workers' compensation condition?
Answer: No

--Med risks/ benefits/ alternatives/ side effects discussed. Patient verbalized understanding, all questions answered satisfactorily.
--Return to Clinic as needed if symptoms not improving; to emergency department if symptoms severe.

FOLLOW-UP: PRN

Electronically signed by:
A M AGUILUZ DUBON MD
9/4/2019
10:31 PM

Electronically signed by A M AGUILUZ DUBON MD, M.D. at 09/04/2019 10:31 PM PDT

## Plan of Treatment - documented as of this encounter
Not on file

## Results - documented in this encounter
Not on file

## Visit Diagnoses - documented in this encounter
Diagnosis
BRONCHITIS - Primary
VACCINATION FOR INFLUENZA

Case 2:20-cr-00151-ODW   Document 20   Filed 04/23/20   Page 1 of 1   Page ID #:50

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 20-00151-ODW |
| Date | April 23, 2020 |

Present: The Honorable  OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Sheila English | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jessie Debora | Not | X | | Victor Sherman | Not | | X |

Proceedings:   (IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER

On the Court's own motion pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the Court finds as follows.

Such a continuance is necessary due to the unprecedented public health pandemic caused by the impact of COVID-19, also known as "Coronavirus," on the population of the Central District of California.  Public health experts from the Centers for Disease Control and the local County Public Health Departments have advised social distancing must be implemented as well as restrictions of public gatherings to no more than 10 people. In addition, a "stay-at-home" edict from the Governor of the State of California make it impossible to empanel a jury for the foreseeable future. In light of this guidance, the Court continues the jury trial in this matter as it is not possible to call a jury venire for this case without violating the prohibitions on large group gatherings suggested by the Governor of the State of California,  public health experts, as addressed by the Court's General Order Nos. 20-02 and 20-03. To do otherwise would imperil the health and safety of the jury venire, the parties, and Court staff.

Accordingly, the Court finds good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A) and: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (2) failure to impose the continuance would likely make a continuation of the proceeding impossible or result in a miscarriage of justice.

The trial date in this matter is continued to September 15, 2020 at 9:00 a.m.

IT IS SO ORDERED.

:   00

Initials of Deputy Clerk   se

April 18, 2020

To:   Judge (Your Honor) & Attorney

Re:   Jesse Debora

I am a Foreman here at California Hi-Tech Floors, Inc. which is located at 138 S. 2nd Avenue, Upland, CA 91786 – which is the company that Jesse Debora is currently an employee at. He began working for our company in February 2019. During this time Jesse has excelled in his training, jobs and any tasks given. He has continued to work for our company and has an excellent track record with us. He is punctual and has an excellent attendance record. He has only missed a few days of work due to some respiratory issues.

Jesse is valuable to our company and has surpassed all our expectations with training and job performance. He continues to work hard everyday along with continuing his training and is well on his way to become an excellent and certified Journeyman – a career job that will allow him many opportunities in his future. Jesse is a young man who carries himself very well, he is intelligent, punctual, respectful, hardworking, good with his hands and has an eagerness to learn, to work and to also go above and beyond. All these qualities make him one of our best employees. Our company has missed him at work and while we have been picking up the slack for him being gone, there is plenty of work for him and just as soon as he is able to get back to work – his job is here waiting for him.

Thank you for taking the time to read this letter and taking it into deep consideration when making your decision on the temporary release of Jesse Debora, until further court hearings and appearances. If you have any questions about this letter or need any additional information, please do not hesitate to contact me at the phone number below and I will be happy to assist in any way possible. Thank you again.

Warm Regards,

562-544-0026