NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SAMUEL J. DIAZ (Cal. Bar No. 304503)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3045
    Facsimile: (213) 894-6969
    E-mail:   samuel.diaz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00151-ODW-RAO |
| Plaintiff, | OPPOSITION TO APPLICATION FOR REVIEW/RECONSIDERATION OF DETENTION ORDER; DECLARATION OF SAMUEL DIAZ AND ATTACHMENTS THERETO |
| v. | |
| JESSIE DEBORA, | |
| Defendant. | Hearing Date: May 8, 2020<br>Hearing Time: 10:00 a.m.<br>Judge:    Hon. Rozella A. Oliver |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Samuel J. Diaz, hereby files its Opposition to Defendant Jessie Debora's Application for Review/Reconsideration of Detention Order.  (Dkt. 21).

//

//

//

This Opposition is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: May 7, 2020                    Respectfully submitted,

                                      NICOLA T. HANNA
                                      United States Attorney

                                      BRANDON D. FOX
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                      _____/s/_____
                                      SAMUEL J. DIAZ
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.   INTRODUCTION**

Defendant Jessie Debora ("defendant") should remain detained pending trial because he is a danger to the community and poses a high risk of flight.  Given that defendant is charged with a drug felony with a maximum sentence of imprisonment well in excess of ten years, a statutory presumption applies "that no condition or combination of conditions will reasonably assure the appearance of the person as require and the safety of . . . the community."  18 U.S.C. § 3142(e).  The record in this case does not rebut that presumption; it supports it.

Defendant poses a substantial danger to the community and is a flight risk.  Far from just dabbling in drugs, post-arrest searches of defendant's vehicle and residence resulted in seizures of a wide array of dangerous drugs, including fentanyl, cocaine, methamphetamine and heroin.  The majority of these drugs were found in the home defendant shared with minor children.

Apart from the danger he poses, defendant is also a flight risk. First, he is facing a substantial prison sentence for the first time in his life, providing ample incentive to flee.  Second, he has deep ties to Mexico.  He resided there for over a decade before returning to the United States just last year, and has an infant daughter, brother, and friends in Mexico.

And while defendant's family has indicated a willingness to post a bond, the bond does not reduce the danger that defendant poses. Nor does it ameliorate the flight risk, given the lengthy prison term he faces and that defendant has previously abused his family's trust.

For these reasons, the government respectfully requests that the Court deny defendant's application for review/reconsideration of detention order.

## II.   FACTUAL AND PROCEDURAL BACKGROUND

On March 4, 2020, the Court ordered defendant detained based on danger. (Dkt. 5).  Specifically, the Court cited "testimony proffered by DEA agent in court regarding drugs found in search of defendant's home where minor children also reside —bricks of heroin, one bag of pills stamped with M30 (between approx. 5,000 and 8,000), and bags of suspected cocaine and fentanyl."  (Id. at 3).

Defendant was subsequently indicted for two counts of violating 21 U.S.C. § 841(a)(1) for knowingly and intentionally distributing fentanyl.  On April 24, 2020, defendant filed an application for review/reconsideration of detention order.  (Dkt. 21).  A bond hearing was held on May 1, 2020, and continued to May 8, 2020.

## III. ANALYSIS

### A.   This Is A Presumption Case

As a threshold matter, the government takes this opportunity to correct the record:  a statutory presumption does indeed apply here as to both danger and flight risk.

Under 18 U.S.C. § 3142(e)(3)(A) "if there is probable cause to believe that [the defendant] has committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in certain statutes, including the Controlled Substances Act, 21 U.S.C. § 801 et seq., at issue here, a rebuttable presumption arises that 'no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community.'"  United States v. Kouyoumdjian, 601 F. Supp. 1506, 1508

1    (C.D. Cal. 1985) (emphasis in original); see also United States v.

2    Parodi, No. CR-08-0083 PJH, 2008 WL 683421, at *1 (N.D. Cal. Mar. 7,

3    2008) ("A rebuttable presumption of both dangerousness and risk of

4    flight exists when the defendant is charged with a drug felony that

5    carries a maximum term of imprisonment of ten years or more.").

6         Defendant is charged with two counts of violating 21 U.S.C.

7    § 841(a)(1) for knowingly and intentionally distributing fentanyl,

8    including a sufficient quantity during the February 18, 2020 fentanyl

9    sale for the grand jury to find probable cause that

10   § 841(b)(1)(B)(vi) applies with respect to count two.  (Dkt. 12

11   ("indictment")).  A violation of 21 U.S.C. §§ 841 (a)(1),

12   (b)(1)(B)(vi), as charged in the indictment, carries a maximum term

13   of imprisonment of forty years, well in excess of the ten year

14   maximum term of imprisonment required to trigger the presumption

15   under 18 U.S.C. § 3142(e)(3)(A).  Even the February 11, 2020 fentanyl

16   transaction, charged in count one without a drug quantity, carries a

17   twenty year statutory maximum sentence under 21 U.S.C. §§ 841(a)(1),

18   (b)(1)(C).  The presumption therefore applies.

19   **B.   Defendant Poses A Serious Danger To The Community**

20        Even if no presumption applied, there is clear and convincing

21   evidence in the record that defendant poses a serious danger to the

22   community.  In addition to the drugs charged in the indictment,

23   searches of defendant's vehicle and home resulted in the seizure of a

24   wide assortment of dangerous drugs, as confirmed by laboratory tests

25   after indictment.  In his vehicle, agents found:

26   • 199.9 grams in fentanyl tables (Debora000155);

27   • 2.26 grams of heroin (Debora000156).

28   In defendant's home, agents found:

3

- 41.4 grams of cocaine (Debora000166);

- 34 grams in fentanyl tablets (Debora000157);

- 0.389 grams in fentanyl tablets (Debora000158);

- 455.2 grams in fentanyl tablets (Debora000159);

- 993.7 grams in fentanyl tablets (Debora000160);

- 1000.4 grams of heroin (Debora000161);

- 1002.9 grams in fentanyl powder (Debora000162);

- 197.1 grams of nearly pure methamphetamine (Debora000163);

- 0.91 grams of tramadol with a detectable amount of fentanyl (Debora000164);

- 1.93 gram of heroin (Debora000165).

(Declaration of Samuel Diaz, Debora000155-166).[1]  The variety and amount of drugs defendant possessed underscore his dangerousness. Worse still, the vast majority of the drugs were found in the home that defendant shared with minor children.  Clearly defendant is not someone who engaged in drug trafficking on a whim or opportunistically.  This was defendant's true profession.

The severity of defendant's conduct, and the prolific, committed nature of his drug trafficking is confirmed by the fact that, based on the total converted drug weight, he is facing a base offense level of 34 and a corresponding guidelines range of 151-188 months—even despite the fact that he has no prior criminal history.

The danger defendant poses is not ameliorated by the bond offers from his family or by his desire to keep his union job.  Defendant had the same family support and union job when he engaged in this

---

[1] This list of drugs is not exhaustive, as the government is still awaiting lab results for two additional substances recovered from defendant's home.

criminal behavior in the first place.  Defendant has failed to provide any evidence that he no longer poses a threat to the community and has utterly failed to rebut the presumption that no condition or set of conditions will "assure the safety" of the community.

**C.   Defendant Presents A High Risk Of Flight**

There is also a presumption that "no condition or set of conditions will reasonably assure" defendant's appearance.  18 U.S.C. § 3142(e).  Given defendant's exposure to a substantial prison sentence and his deep ties to Mexico, the presumption is well warranted here.

First, the severity of the potential punishment augments the risk of flight in this case.  See United States v. Townsend, 897 F.2d 989, 995 (9th Cir. 1990) (explaining that the "penalties possible under the present indictment" provided an "incentive [for the defendant] to consider flight").  Defendant is facing a five-year mandatory minimum sentence and a base offense level of 34.  These penalties provide ample incentive to flee.

So do defendant's deep ties to Mexico.  Defendant did not merely visit Mexico, he resided there for a decade prior to his return to the United States in January 2019.  As such, he is familiar with life in Mexico and plainly able to assimilate there.  Mexico is also the home of defendant's infant daughter, brother, and several friends. Although defendant now seeks to downplay the relationship with his daughter, he previously reported contacting her regularly.  That his mother, grandparents, and some siblings reside in California cannot obscure defendant's close familial ties in Mexico.  In addition to his daughter, defendant's brother resides in Mexico as do several

5

friends.   Moreover, the fact that defendant recently lived a decade apart from his mother, grandparents, and US-based siblings suggests that he could comfortably do so again.

As to defendant's argument that he would not flee and expose his family to substantial bond obligations, it would not be the first time defendant would betray his family's trust.   Indeed, he kept a wide array of dangerous drugs in his mother's home, around children, without regard for how his actions could adversely affect his family. Moreover, the potential financial loss to others for loss of a bond would be a small price to pay for the opportunity to live in a country he is well-familiar with alongside his family while avoiding the substantial prison sentence he faces.

For these reasons, defendant presents a high risk of flight.

**IV.  CONCLUSION**

For the foregoing reasons, and the facts and recommendation of detention in the pretrial services report previously submitted by the pretrial services office, the government respectfully requests that this Court deny defendant's application for review/reconsideration of detention order.

<u>DECLARATION OF SAMUEL J. DIAZ</u>

I, Samuel J. Diaz, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California, and am assigned to the matter of <u>United States v. Jessie Debora</u>, No. CR 20-00151-ODW.   I make this declaration in connection with the government's opposition to application for review/reconsideration of detention order.

2.    Attached as Debora000153-166 are true and correct copies of laboratory tests of drugs recovered from defendant Jessie Debora's sale of fentanyl on February 11, 2020, February 18, 2020, and subsequent searches of defendant's vehicle and home.   The tests have been produced to the defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 7, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: May 7, 2020                    /s/ _____
                                     Samuel J. Diaz
                                     Assistant United States Attorney



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|-----------------------|
| 1.01 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | 0.552 g ± 0.002 g | ---- | ---- |
| 1.01 | Dipyrone | | ---- | ---- |
| 1.01 | Acetaminophen | | ---- | ---- |
| 1.02 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | 1.965 g ± 0.002 g | ---- | ---- |
| 1.02 | Xylazine | | ---- | ---- |

**Remarks:**

Exhibit 1.01:  The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 1.01:  Total dosage unit count = 5 tablets (net); 1.7 tablets (reserve).

Exhibit 1.02:  The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:**  02/14/2020          **Gross Weight:**  338.4 g          **Date Received by Examiner:**  03/05/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1.01 | 5 | Plastic Bag | Tablet | 0.192 g |
| 1.02 | 1 | Plastic Bag | Powder | 1.900 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Exhibit 1.01:  Fentanyl confirmed in 5 units tested of 5 units received. A composite was formed from 5 units for further testing.  Dipyrone and acetaminophen also confirmed in the composite.

Exhibit 1.02:  A composite was formed from 1 unit for testing of 1 unit received. Fentanyl and xylazine confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 1.01 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Liquid Chromatography/Mass Spectrometry |
| 1.02 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Alexandra Ambriz, Senior Forensic Chemist                                    **Date:**  03/17/2020
**Approved By:** /S/  Annecia T. Martin, Senior Forensic Chemist                                   **Date:**  03/17/2020

Debora000153



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number:**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 2 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) (calc. as Hydrochloride) | 53.786 g ± 0.002 g | 7% ± 1% | 3.765 g ± 0.780 g |
| 2 | Acetaminophen | | ---- | ---- |
| 2 | Dipyrone | | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit.  All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Total dosage unit count = 479 tablets (net); 473 tablets (reserve); substance concentration: 8.8 mg/ tablet.

### Exhibit Details:

**Date Accepted by Laboratory:** 02/24/2020     **Gross Weight:** 89.3 g     **Date Received by Examiner:** 03/05/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 2 | 1 | Ziplock Plastic Bag | Tablet | 53.061 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Fentanyl, Acetaminophen, and Dipyrone confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 2 | Gas Chromatography/Mass Spectrometry, Liquid Chromatography/Mass Spectrometry, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 2 | DEA127/Gas Chromatography |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Alexandra Ambriz, Senior Forensic Chemist     **Date:** 03/16/2020
**Approved By:** /S/  Annecia T. Martin, Senior Forensic Chemist     **Date:** 03/17/2020

DEA Form 113 August 2019

Debora000154



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

<div style="background:black;color:white;">

**Chemical Analysis Report**

</div>

Los Angeles Division Office                           **Case Number:**
255 East Temple Street, 20th Floor                   **LIMS Number:**
Los Angeles, CA 90012

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|------------------------|
| 3 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) | 199.9 g ± 0.2 g | ---- | ---- |
| 3 | Acetaminophen | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total dosage unit count = 1860 tablets (net); 1810 (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 03/11/2020      **Gross Weight:** 247.1 g                    **Date Received by Examiner:** 03/17/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 3 | 2 | Ziplock Plastic Bag | Tablet | 194.5 g |

**Remarks:**
5.2 gram(s) removed for special program.

## Exhibit Analysis:

**Sampling:**

Fentanyl confirmed in 2 units tested of 2 units received. A composite was formed from 2 units for further testing. Acetaminophen also confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 3 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Trevor R. Equitz, Senior Forensic Chemist                    **Date:** 03/26/2020
**Approved By:** /S/  Michael M. Brousseau, Senior Forensic Chemist                **Date:** 03/26/2020

DEA Form 113 August 2019

Debora000155

Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office                                          **Case Number:**
255 East Temple Street, 20th Floor                                  **LIMS Number:**
Los Angeles, CA 90012

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 4 | Heroin | 2.26 g ± 0.01 g | ---- | ---- |

Remarks:

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020          **Gross Weight:** 32.2 g          **Date Received by Examiner:** 03/25/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 4 | 1 | Ziplock Plastic Bag | Powder | 2.17 g |

Remarks:

### Exhibit Analysis:

Sampling:

A composite was formed from 1 unit for testing of 1 unit received. Heroin confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 4 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Shana A. Middleton, Senior Forensic Chemist          **Date:** 03/26/2020
**Approved By:** /S/ Melissa L. Burns, Senior Forensic Chemist          **Date:** 03/26/2020

DEA Form 113 August 2019          Debora000156          Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number:**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 6 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) | 34.00 g ± 0.01 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total dosage unit count = 315 tablets (net); 314 (reserve); substance concentration.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020          **Gross Weight:** 115.9 g                    **Date Received by Examiner:** 03/17/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 6 | 1 | Plastic Bag | Tablet | 33.92 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Fentanyl confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 6 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Trevor R. Equitz, Senior Forensic Chemist                                    **Date:** 03/27/2020
**Approved By:** /S/ Michael M. Brousseau, Senior Forensic Chemist                              **Date:** 03/27/2020

DEA Form 113 August 2019                                                                                                    Debora000157              Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 7 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) | 0.389 g ± 0.002 g | ---- | ---- |
| 7 | Acetaminophen | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total dosage unit count = 4 tablets (net); 2.4 (reserve).

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020    **Gross Weight:** 59.0 g    **Date Received by Examiner:** 03/17/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 7 | 4 | Plastic Bag | Tablet | 0.235 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Fentanyl confirmed in 2 units tested of 4 units received. A composite was formed from 4 units for further testing. Acetaminophen also confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 7 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Trevor R. Equitz, Senior Forensic Chemist    **Date:** 03/27/2020
**Approved By:** /S/ Melissa L. Burns, Senior Forensic Chemist    **Date:** 03/27/2020

DEA Form 113 August 2019

Debora000158



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 8 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) | 455.2 g ± 0.2 g | ---- | ---- |
| 8 | Acetaminophen | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total dosage unit count = 4335 tablets (net); 4286 tablets (reserve).

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020      **Gross Weight:** 500.7 g      **Date Received by Examiner:** 03/17/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 8 | 1 | Ziplock Plastic Bag | Tablet | 449.9 g |

**Remarks:**
5.3 gram(s) removed for special program.

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Fentanyl and Acetaminophen confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 8 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Trevor R. Equitz, Senior Forensic Chemist            **Date:** 03/24/2020
**Approved By:** /S/  Annecia T. Martin, Senior Forensic Chemist          **Date:** 03/24/2020

DEA Form 113 August 2019

Debora000159

Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office                                    **Case Number:**
255 East Temple Street, 20th Floor                            **LIMS Number:**
Los Angeles, CA 90012

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|-----------|------------------|----------------------|
| 9 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) | 993.7 g ± 0.2 g | ---- | ---- |
| 9 | Xylazine | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020          **Gross Weight:** 1071 g                    **Date Received by Examiner:** 03/25/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|-------------|------|-------------|
| 9 | 1 | Multilayered Packaging | Powder | 989.8 g |

**Remarks:**

3.0 gram(s) removed for special program.

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Fentanyl and Xylazine confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 9 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Shana A. Middleton, Senior Forensic Chemist                           **Date:** 03/31/2020
**Approved By:** /S/ Daniel M. Roesch, Senior Forensic Chemist                              **Date:** 03/31/2020

DEA Form 113 August 2019                                                    Debora000160          Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory

Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number:**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|-----------|-----------------|----------------------|
| 10 | Heroin | 1000.4 g ± 0.2 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020          **Gross Weight:** 1070 g                    **Date Received by Examiner:** 03/23/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 10 | 1 | Multilayered Packaging | Powder | 1000.0 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Heroin confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 10 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Shana A. Middleton, Senior Forensic Chemist                                    **Date:** 03/26/2020
**Approved By:** /S/ Michael M. Brousseau, Senior Forensic Chemist                                  **Date:** 03/26/2020

DEA Form 113 August 2019

Debora000161          Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number:**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 11 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | 1002.9 g ± 0.2 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020     **Gross Weight:** 1167 g     **Date Received by Examiner:** 03/23/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 11 | 1 | Multilayered Packaging | Powder | 999.8 g |

**Remarks:**
3.0 gram(s) removed for special program.

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Fentanyl confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 11 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Shana A. Middleton, Senior Forensic Chemist     **Date:** 03/26/2020
**Approved By:** /S/  Annecia T. Martin, Senior Forensic Chemist     **Date:** 03/26/2020

DEA Form 113 August 2019

Debora000162



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Los Angeles Division Office                                    **Case Number:**
255 East Temple Street, 20th Floor                            **LIMS Number:**
Los Angeles, CA 90012

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|-----------------------|
| 12 | Methamphetamine Hydrochloride | 197.1 g ± 0.2 g | 99% ± 6% | 195.1 g ± 11.9 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit.  All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020          **Gross Weight:** 251.8 g          **Date Received by Examiner:** 03/16/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 12 | 1 | Multilayered Packaging | Crystalline | 196.5 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 12 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 12 | DEA 440H /Nuclear Magnetic Resonance Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Christine M. Mateo, Senior Forensic Chemist                    **Date:** 03/17/2020
**Approved By:** /S/ Daniel M. Roesch, Senior Forensic Chemist                    **Date:** 03/20/2020

DEA Form 113 August 2019                                                          Debora000163          Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory

Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|-----------|------------------|----------------------|
| 15 | Tramadol | 0.910 g ± 0.002 g | ---- | ---- |
| 15 | 4-Anilino-N-phenethylpiperidine (ANPP) | | ---- | ---- |
| 15 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | | ---- | ---- |
| 15 | Lidocaine | | ---- | ---- |
| 15 | Methorphan | | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020     **Gross Weight:** 44.9 g     **Date Received by Examiner:** 03/25/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 15 | 1 | Plastic Bag | Powder | 0.813 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Tramadol, 4-Anilino-N-phenethylpiperidine (ANPP), N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), Lidocaine, and Methorphan confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 15 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Shana A. Middleton, Senior Forensic Chemist          **Date:** 03/26/2020
**Approved By:** /S/  Melissa L. Burns, Senior Forensic Chemist          **Date:** 03/26/2020

DEA Form 113 August 2019

Debora000164          Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory

Vista, CA

## Chemical Analysis Report

Los Angeles Division Office
255 East Temple Street, 20th Floor
Los Angeles, CA 90012

**Case Number:**
**LIMS Number:**

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 16 | Heroin | 1.93 g ± 0.01 g | ---- | ---- |

Remarks:
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020          **Gross Weight:** 47.7 g          **Date Received by Examiner:** 03/25/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 16 | 1 | Ziplock Plastic Bag | Powder | 1.83 g |

Remarks:

### Exhibit Analysis:

Sampling:

A composite was formed from 1 unit for testing of 1 unit received. Heroin confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 16 | Gas Chromatography/Mass Spectrometry, Marquis Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Shana A. Middleton, Senior Forensic Chemist          **Date:** 03/26/2020
**Approved By:** /S/ Michael M. Brousseau, Senior Forensic Chemist          **Date:** 03/26/2020

DEA Form 113 August 2019

Debora000165



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory

Vista, CA

---

**Chemical Analysis Report**

Los Angeles Division Office                          **Case Number:**
255 East Temple Street, 20th Floor                   **LIMS Number**
Los Angeles, CA 90012

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|------------------------|
| 5 | Cocaine Hydrochloride | 41.4 g ± 0.2 g | ---- | ---- |
| 5 | Phenacetin | | ---- | ---- |
| 5 | Phenyltetrahydroimidazothiazole | | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 03/06/2020       **Gross Weight:** 76.1 g       **Date Received by Examiner:** 03/25/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 5 | 1 | Ziplock Plastic Bag | Powder | 40.9 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Cocaine, phenacetin and phenyltetrahydroimidazothiazole confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 5 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Monica S. Price, Senior Forensic Chemist                    **Date:** 04/06/2020
**Approved By:** /S/ Michael M. Brousseau, Senior Forensic Chemist              **Date:** 04/07/2020

DEA Form 113 August 2019                                                         Debora000166        Page 1 of 1

**CERTIFICATE OF SERVICE**

I, STEPHANIE SWISHER, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on 5/7/2020, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**OPPOSITION TO APPLICATION FOR REVIEW/RECONSIDERATION OF DETENTION ORDER; DECLARATION OF SAMUEL DIAZ AND ATTACHMENTS THERETO**

Service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By Email, as follows:

☐ By Federal Express, as follows:

**Victor Sherman**
Law Offices of Victor Sherman
11400 West Olympic Boulevard Suite 1500
Los Angeles, CA 90064
Email: victor@victorsherman.law

at his/her last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on 5/7/2020, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

/S/
_____
Stephanie Swisher
Legal Assistant