UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>JESSIE DEBORA,<br><br>      Defendant. | CR No. 20-00151-ODW<br><br><u>ORDER STAYING RELEASE OF DEFENDANT JESSIE DEBORA</u> |

    FOR GOOD CAUSE SHOWN, the Magistrate Judge's May 8, 2020 release order (Docket Number 30), is hereby stayed absent further order of the Court, pending the Court's consideration of the government's application for review of the release order.

    IT IS SO ORDERED.

May 12, 2020
DATE

THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

**CC: CRIMINAL INTAKE**